222 So.2d 886

**M. A. HOLAHAN, Trustee in the matter of Paul J. Durand**

v.

**Veronica GUIROVICH, wife of/and Paul J. Durand, et al.**

No. 49841.

June 9, 1969.

In re: Mrs. Veronica Guirovich Durand et al. applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

222 So.2d 886

**Mrs. Celeste EISEMAN, wife of/and Harry M. GRAHAM**

v.

**TAIT CONSTRUCTION COMPANY, Inc. and United Bonding Insurance Company.**

No. 49842.

June 9, 1969.

In re: United Bonding Insurance Company applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 220 So.2d 559.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.